```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                            Case No. 18-01275-RNO
David Krawiec                                                     Chapter 13
Ruth Krawiec
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-5         User: karendavi              Page 1 of 2            Date Rcvd: May 09, 2018
                             Form ID: ntcnfhrg            Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2018.
db/jdb         David Krawiec,    Ruth Krawiec,   607 Main St,    Pittston, PA   18641
5041359        ACCOUNT RESOLUTION,    PO BOX 1280,    Oaks, PA 19456-1280
5041360       #+ALPHA RECOVERY,    5660 GREENWOOD PLAZA BLVD,    STE 101,    Englewood, CO 80111-2417
5041362        BLAZE,   PO BOX 5096,    Sioux Falls, SD 57117-5096
5041363        BOSCOVS,   PO BOX 183003,    Columbus, OH 43218-3003
5041365        CAPITAL ONE,    PO BOX 71083,    Charlotte, NC 28272-1083
5041368        CATHERINES,    PO BOX 659728,    San Antonio, TX 78265-9728
5041369       +CHASE BANK,    PO BOX 15298,    Wilmington, DE 19850-5298
5041370        CREDIT CONTROL,    PO BOX 31179,    Tampa, FL 33631-3179
5041375        DISNEY,   PO BOX 15123,    Wilmington, DE 19850-5123
5041376        ESTATE INFO SERVICES,    PO BOX 1730,    Reynoldsburg, OH 43068-8730
5041377        FIGIS,   PO BOX 77001,    Madison, WI 53707-1001
5041379       +FMA ALLIANCE,    12339 CUTTEN RD,    Houston, TX 77066-1807
5041381       +GLOBAL CREDIT,    5440 N. CUMBERLAND AVE., STE 300,    Chicago, IL 60656-1486
5041383        LANE BRYANT,    PO BOX 659728,    San Antonio, TX 78265-9728
5041386       +M.R.S.,   1930 OLNEY AVE,    Cherry Hill, NJ 08003-2016
5041388       +NORTHLAND GROUP,    PO BOX 390846,    Minneapolis, MN 55439-0846
5041391       +P AND B CAPITAL,    455 CENTER RD,    Buffalo, NY 14224-2100
5041392       +PATENUDE AND FELIX,    4545 MURPHY CANYON RD.,    3RD FLOOR,    San Diego, CA 92123-4363
5041393        PHILLIPS AND COHEN,    PO BOX 5790,    Hauppauge, NY 11788-0164
5041394        PRESSLER AND PRESSLER,    7 ENTIN RD,    Parsippany, NJ 07054-5020
5041395        R US CREDIT,    PO BOX 530938,    Atlanta, GA 30353-0938
5041396        STATE FARM BANK,    PO BOX 23025,    Columbus, GA 31902-3025
5041397        STONEBERRY,    PO BOX 2820,    Monroe, WI 53566-8020
5055966       +Stoneberry,    c/o Creditors Bankruptcy Service,    P.O . Box 800849,    Dallas, TX 75380-0849
5041400       +TARGET FINANCE,    PO BOX 516,    Hays, MT 59527-0516
5041401        THE BON TON,    PO BOX 659813,    San Antonio, TX 78265-9113
5041403       +UNITED COLLECTION,    5620 SOUTHWYCK BLV,    Toledo, OH 43614-1501
5041405        WOMAN WITHIN,    PO BOX 659728,    San Antonio, TX 78265-9728
5041367       +cash advance now,    PO BOX 569,    Hays, MT 59527-0569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5041361       +E-mail/Text: bk@avant.com May 09 2018 19:18:10      AVANT,   640 N.. LASALLE ST, STE 535,
               Chicago, IL 60654-3731
5041364       +E-mail/Text: cms-bk@cms-collect.com May 09 2018 19:17:30      CAPITAL MANAGEMENT,
               698 1/2 SO. OGDEN ST,    Buffalo, NY 14206-2317
5041371       +E-mail/PDF: creditonebknotifications@resurgent.com May 09 2018 19:31:22      CREDIT ONE BANK,
               PO BOX 98872,    Las Vegas, NV 89193-8872
5041373        E-mail/Text: mrdiscen@discover.com May 09 2018 19:17:19      DISCOVER,    PO BOX 3008,
               New Albany, OH 43054-3008
5043511        E-mail/Text: mrdiscen@discover.com May 09 2018 19:17:19      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5041378        E-mail/Text: bnc-bluestem@quantum3group.com May 09 2018 19:18:10      FINGERHUT,    PO BOX 166,
               Newark, NJ 07101-0166
5041382       +E-mail/Text: collections@greentrustcash.com May 09 2018 19:18:13      GREEN TRUST CASH,
               PO BOX 340,    Hays, MT 59527-0340
5041385        E-mail/Text: camanagement@mtb.com May 09 2018 19:17:31      M AND T BANK,    PO BOX 62014,
               Baltimore, MD 21264-2014
5041387       +E-mail/Text: bknotices@mbandw.com May 09 2018 19:18:04      MCCARTHY, BURGESS AND WOLFE,
               26000 CANNON RD,    Bedford, OH 44146-1807
5041390        E-mail/PDF: cbp@onemainfinancial.com May 09 2018 19:22:44      ONE MAIN FINANCIAL,
               PO BOX 742536,    Cincinnati, OH 45274-2536
5041389        E-mail/PDF: cbp@onemainfinancial.com May 09 2018 19:21:57      ONE MAIN FINANCIAL,
               PO BOX 9001122,    Louisville, KY 40290-1122
5052558        E-mail/PDF: cbp@onemainfinancial.com May 09 2018 19:21:57      ONEMAIN,    P.O. BOX 3251,
               EVANSVILLE, IN 47731-3251
5042548       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2018 19:22:00
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5041398       +E-mail/Text: bankruptcy@sccompanies.com May 09 2018 19:18:25      SWISS COLONY,    1112 7TH AVE,
               Monroe, WI 53566-1364
5041399       +E-mail/PDF: gecsedi@recoverycorp.com May 09 2018 19:22:45      SYNCHRONY BANK,    PO BOX 965015,
               Orlando, FL 32896-5015
5041402       +E-mail/PDF: gecsedi@recoverycorp.com May 09 2018 19:22:45      TOYS R US,   PO BOX 530939,
               Atlanta, GA 30353-0939
5052092       +E-mail/Text: bankruptcy@sccompanies.com May 09 2018 19:18:25      The Swiss Colony,
               c/o Creditors Bankruptcy Service,    P.O . Box 800849,    Dallas, TX 75380-0849
5041404        E-mail/PDF: gecsedi@recoverycorp.com May 09 2018 19:22:45      WAL-MART,    PO BOX 960024,
               Orlando, FL 32896-0024
                                                                                              TOTAL: 18
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5041384            LENDINGING CLUB
cr*              +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5041366*          CAPITAL ONE,    PO BOX 71083,    Charlotte, NC 28272-1083
5041372*         +CREDIT ONE BANK,    PO BOX 98872,    Las Vegas, NV 89193-8872
5041374*        ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                 (address filed with court:   DISCOVER,    PO BOX 3008,    New Albany, OH 43054-3008)
5041380*         +FMA ALLIANCE,    12339 CUTTEN RD,    Houston, TX 77066-1807
                                                                                             TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:
```
              Carol Weiss Baltimore    on behalf of Debtor 1 David   Krawiec bandicot6@aol.com
              Carol Weiss Baltimore    on behalf of Debtor 2 Ruth    Krawiec bandicot6@aol.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

David Krawiec
Ruth Krawiec

Debtor(s)

Chapter 13

Case No. 5:18−bk−01275−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **June 6, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 13, 2018<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: karendavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 9, 2018 |