IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

DAVID KRAWIEC
RUTH KRAWIEC                              :    No. 5-18-01275

..................................................................

## CERTIFICATE OF MAILING

I, CAROL W. BALTIMORE, counsel for the above-captioned Debtor(s), do hereby certify that I have mailed a true and correct copy of the Debtor's 1ST Amended Chapter 13 plan along with a Notice setting an Objection and Hearing date, by first class mail, postage pre-paid and by email, on the date listed below, to the people listed on the attached mailing matrix.

LAW OFFICE OF CAROL BALTIMORE

/s/ Carol Baltimore, Esq
BY :Carol W. Baltimore, Esq.
480 Pierce St., Ste 105
Kingston, Pa. 18704
6/8/2018                               (570) 283-1626

607 MAIN ST  
PITTSTON, PA 18641

CAROL W. BALTIMORE  
LAW OFFICE OF CAROL W. BALTIMORE  
480 PIERCE ST.  
STE. 105  
KINGSTON, PA 18704

CHASE BANK  
PO BOX 15298  
WILMINGTON, DE 19850

GREEN TRUST CASH  
PO BOX 340  
HAYS, MT 59527

ACCOUNT RESOLUTION  
PO BOX 1280  
OAKS, PA 19456-1280

CREDIT CONTROL  
PO BOX 31179  
TAMPA, FL 33631-3179

LANE BRYANT  
PO BOX 659728  
SAN ANTONIO, TX 78265-9728

ALPHA RECOVERY  
5660 GREENWOOD PLAZA BLVD  
STE 101  
ENGLEWOOD, CO 80111

CREDIT ONE BANK  
PO BOX 98872  
LAS VEGAS, NV 89193

LENDINGING CLUB

AVANT  
640 N.. LASALLE ST, STE 535  
CHICAGO, IL 60654

DISCOVER  
PO BOX 3008  
NEW ALBANY, OH 43054-3008

M AND T BANK  
PO BOX 62014  
BALTIMORE, MD 21264-2014

BLAZE  
PO BOX 5096  
SIOUX FALLS, SD 57117-5096

DISNEY  
PO BOX 15123  
WILMINGTON, DE 19850-5123

M.R.S.  
1930 OLNEY AVE  
CHERRY HILL, NJ 08003

BOSCOVS  
PO BOX 183003  
COLUMBUS, OH 43218-3003

ESTATE INFO SERVICES  
PO BOX 1730  
REYNOLDSBURG, OH 43068-8730

MCCARTHY, BURGESS AND WOL  
26000 CANNON RD  
BEDFORD, OH 44146

CAPITAL MANAGEMENT  
698 1/2 SO. OGDEN ST  
BUFFALO, NY 14206

FIGIS  
PO BOX 77001  
MADISON, WI 53707-1001

NORTHLAND GROUP  
PO BOX 390846  
MINNEAPOLIS, MN 55439

CAPITAL ONE  
PO BOX 71083  
CHARLOTTE, NC 28272-1083

FINGERHUT  
PO BOX 166  
NEWARK, NJ 07101-0166

ONE MAIN FINANCIAL  
PO BOX 9001122  
LOUISVILLE, KY 40290-1122

CASH ADVANCE NOW  
PO BOX 569  
HAYS, MT 59527

FMA ALLIANCE  
12339 CUTTEN RD  
HOUSTON, TX 77066

P AND B CAPITAL  
455 CENTER RD  
BUFFALO, NY 14224

3RD FLOOR  
SAN DIEGO, CA 92123

ATLANTA, GA 30353

PHILLIPS AND COHEN  
PO BOX 5790  
HAUPPAUGE, NY 11788-0164

UNITED COLLECTION  
5620 SOUTHWYCK BLV  
TOLEDO, OH 43614

PRESSLER AND PRESSLER  
7 ENTIN RD  
PARSIPPANY, NJ 07054-5020

WAL-MART  
PO BOX 960024  
ORLANDO, FL 32896-0024

R US CREDIT  
PO BOX 530938  
ATLANTA, GA 30353-0938

WOMAN WITHIN  
PO BOX 659728  
SAN ANTONIO, TX 78265-9728

STATE FARM BANK  
PO BOX 23025  
COLUMBUS, GA 31902-3025

STONEBERRY  
PO BOX 2820  
MONROE, WI 53566-8020

SWISS COLONY  
1112 7TH AVE  
MONROE, WI 53566

SYNCHRONY BANK  
PO BOX 965015  
ORLANDO, FL 32896

TARGET FINANCE  
PO BOX 516  
HAYS, MT 59527

THE BON TON  
PO BOX 659813  
SAN ANTONIO, TX 78265-9113

Rev. 12/21/17

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

DAVID KRAWIEC
RUTH KRAWIEC

Chapter: 13

Case No.: 5-18-01275

Debtor(s)

## NOTICE

The confirmation hearing on the 1st Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: JULY 17, 2018          Time: 9:30 a.m.

Location: Max Rosenn Federal Courthouse, 197 S. MAIN ST., WILKES-BARRE, PA

The deadline for filing objections to confirmation of the Plan is: jULY 10, 2018        .

**For cases before the Hon. Robert N. Opel, II and Hon. John J. Thomas (indicated in the Case No. with the initials "JJT" or "RNO" respectively):**

Any objections to confirmation of the Plan will be heard at the above-scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the Plan at this time.

**For cases before the Hon. Henry W. Van Eck (indicated in the Case No. with the initials "HWV"):**

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: 6/8/2019          Filed by:    /s/ Carol Baltimore, Esq

                                    attorney for debtors