```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 18-01275-RNO
David Krawiec                                                       Chapter 13
Ruth Krawiec
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: karendavi          Page 1 of 1          Date Rcvd: Jun 11, 2018
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 5052558       E-mail/PDF: cbp@onemainfinancial.com Jun 11 2018 19:11:21      ONEMAIN,    P.O. BOX 3251,
                EVANSVILLE, IN 47731-3251
                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2018 at the address(es) listed below:
              Carol Weiss Baltimore    on behalf of Debtor 1 David  Krawiec bandicot6@aol.com
              Carol Weiss Baltimore    on behalf of Debtor 2 Ruth  Krawiec bandicot6@aol.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-01275-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

David Krawiec
607 Main St
Pittston PA 18641

Ruth Krawiec
607 Main St
Pittston PA 18641

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/11/2018.

Name and Address of Alleged Transferor(s):

Claim No. 4: ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/13/18

Terrence S. Miller
**CLERK OF THE COURT**