```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania

In re:                                              Case No. 18-01275-RNO
David Krawiec                                       Chapter 13
Ruth Krawiec
         Debtors               CERTIFICATE OF NOTICE

District/off: 0314-5        User: JGoodling      Page 1 of 3        Date Rcvd: Aug 27, 2018
                            Form ID: orcnfpln     Total Noticed: 59
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2018.

```
db/jdb       David Krawiec,   Ruth Krawiec,   607 Main St,   Pittston, PA  18641
5041359      ACCOUNT RESOLUTION,   PO BOX 1280,   Oaks, PA 19456-1280
5041362      BLAZE,   PO BOX 5096,   Sioux Falls, SD 57117-5096
5041369     +CHASE BANK,   PO BOX 15298,   Wilmington, DE 19850-5298
5041370      CREDIT CONTROL,   PO BOX 31179,   Tampa, FL 33631-3179
5041375      DISNEY,   PO BOX 15123,   Wilmington, DE 19850-5123
5041376      ESTATE INFO SERVICES,   PO BOX 1730,   Reynoldsburg, OH 43068-8730
5041379     +FMA ALLIANCE,   12339 CUTTEN RD,   Houston, TX 77066-1807
5041381     +GLOBAL CREDIT,   5440 N. CUMBERLAND AVE., STE 300,   Chicago, IL 60656-1486
5041386     +M.R.S.,   1930 OLNEY AVE,   Cherry Hill, NJ 08003-2016
5041388     +NORTHLAND GROUP,   PO BOX 390846,   Minneapolis, MN 55439-0846
5041391     +P AND B CAPITAL,   455 CENTER RD,   Buffalo, NY 14224-2100
5041392     +PATENUDE AND FELIX,   4545 MURPHY CANYON RD.,   3RD FLOOR,   San Diego, CA 92123-4363
5041393      PHILLIPS AND COHEN,   PO BOX 5790,   Hauppauge, NY 11788-0164
5041394      PRESSLER AND PRESSLER,   7 ENTIN RD,   Parsippany, NJ 07054-5020
5041395      R US CREDIT,   PO BOX 530938,   Atlanta, GA 30353-0938
5041396      STATE FARM BANK,   PO BOX 23025,   Columbus, GA 31902-3025
5063509      State Farm Bank,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
5041400     +TARGET FINANCE,   PO BOX 516,   Hays, MT 59527-0516
5041401      THE BON TON,   PO BOX 659813,   San Antonio, TX 78265-9113
5041403     +UNITED COLLECTION,   5620 SOUTHWYCK BLV,   Toledo, OH 43614-1501
5041367     +cash advance now,   PO BOX 569,   Hays, MT 59527-0569
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2018 19:38:28
             PRA Receivables Management LLC,   PO Box 41067,   Norfolk, VA 23541-1067
5041361     +E-mail/Text: bk@avant.com Aug 27 2018 19:23:07      AVANT,   640 N.. LASALLE ST, STE 535,
             Chicago, IL 60654-3731
5041363      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 27 2018 19:22:32      BOSCOVS,   PO BOX 183003,
             Columbus, OH 43218-3003
5041364     +E-mail/Text: cms-bk@cms-collect.com Aug 27 2018 19:22:28      CAPITAL MANAGEMENT,
             698 1/2 SO. OGDEN ST,   Buffalo, NY 14206-2317
5041365      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2018 19:37:37      CAPITAL ONE,
             PO BOX 71083,   Charlotte, NC 28272-1083
5041368      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 27 2018 19:22:31      CATHERINES,
             PO BOX 659728,   San Antonio, TX 78265-9728
5041371     +E-mail/PDF: creditonebknotifications@resurgent.com Aug 27 2018 19:37:41      CREDIT ONE BANK,
             PO BOX 98872,   Las Vegas, NV 89193-8872
5041373      E-mail/Text: mrdiscen@discover.com Aug 27 2018 19:22:16      DISCOVER,   PO BOX 3008,
             New Albany, OH 43054-3008
5043511      E-mail/Text: mrdiscen@discover.com Aug 27 2018 19:22:16      Discover Bank,
             Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
5041377      E-mail/Text: bankruptcy@sccompanies.com Aug 27 2018 19:22:09      FIGIS,   PO BOX 77001,
             Madison, WI 53707-1001
5041378      E-mail/Text: bnc-bluestem@quantum3group.com Aug 27 2018 19:23:08      FINGERHUT,   PO BOX 166,
             Newark, NJ 07101-0166
5041382     +E-mail/Text: collections@greentrustcash.com Aug 27 2018 19:23:14      GREEN TRUST CASH,
             PO BOX 340,   Hays, MT 59527-0340
5041383      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 27 2018 19:22:31      LANE BRYANT,
             PO BOX 659728,   San Antonio, TX 78265-9728
5069825      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2018 19:38:07
             LVNV Funding LLC C/O Resurgent Capital Services,   P.O. Box 10675,   Greenville, SC 29603-0675
5070100      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2018 19:37:43
             LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC and,
             FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5069497      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2018 19:37:44
             LVNV Funding, LLC its successors and assigns as,   assignee of Santander Consumer USA,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5069429      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2018 19:38:07
             LVNV Funding, LLC its successors and assigns as,   assignee of QPL-LC Trust,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5069371      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2018 19:38:32
             LVNV Funding, LLC its successors and assigns as,   assignee of AvantCredit IV Trust,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5069592      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2018 19:38:07
             LVNV Funding, LLC its successors and assigns as,   assignee of Capital One Bank (USA), N.A.,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5041385      E-mail/Text: camanagement@mtb.com Aug 27 2018 19:22:29      M AND T BANK,   PO BOX 62014,
             Baltimore, MD 21264-2014
5066348      E-mail/Text: camanagement@mtb.com Aug 27 2018 19:22:29      M&T Bank,   P.O. Box 1288,
             Buffalo, NY 14240-1288
5041387     +E-mail/Text: bknotices@mbandw.com Aug 27 2018 19:23:03      MCCARTHY, BURGESS AND WOLFE,
             26000 CANNON RD,   Bedford, OH 44146-1807
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
5041390        E-mail/PDF: cbp@onemainfinancial.com Aug 27 2018 19:38:21     ONE MAIN FINANCIAL,
               PO BOX 742536,   Cincinnati, OH 45274-2536
5041389        E-mail/PDF: cbp@onemainfinancial.com Aug 27 2018 19:38:21     ONE MAIN FINANCIAL,
               PO BOX 9001122,   Louisville, KY 40290-1122
5052558        E-mail/PDF: cbp@onemainfinancial.com Aug 27 2018 19:38:23     ONEMAIN,   P.O. BOX 3251,
               EVANSVILLE, IN 47731-3251
5071224        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2018 19:38:02
               Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
5071225        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2018 19:38:02
               Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541,
               Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
5062516        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2018 19:37:39
               Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
5042548       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2018 19:37:39
               PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5041397        E-mail/Text: bankruptcy@sccompanies.com Aug 27 2018 19:22:09     STONEBERRY,   PO BOX 2820,
               Monroe, WI 53566-8020
5041398       +E-mail/Text: bankruptcy@sccompanies.com Aug 27 2018 19:23:28     SWISS COLONY,   1112 7TH AVE,
               Monroe, WI 53566-1364
5041399       +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2018 19:37:37     SYNCHRONY BANK,   PO BOX 965015,
               Orlando, FL 32896-5015
5055966       +E-mail/Text: bankruptcy@sccompanies.com Aug 27 2018 19:22:09     Stoneberry,
               c/o Creditors Bankruptcy Service,    P.O . Box 800849,   Dallas, TX 75380-0849
5041402       +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2018 19:37:36     TOYS R US,   PO BOX 530939,
               Atlanta, GA 30353-0939
5052092       +E-mail/Text: bankruptcy@sccompanies.com Aug 27 2018 19:23:28     The Swiss Colony,
               c/o Creditors Bankruptcy Service,    P.O . Box 800849,   Dallas, TX 75380-0849
5041404        E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2018 19:37:58     WAL-MART,   PO BOX 960024,
               Orlando, FL 32896-0024
5041405        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 27 2018 19:22:31     WOMAN WITHIN,
               PO BOX 659728,   San Antonio, TX 78265-9728
                                                                                  TOTAL: 37


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5041384       LENDING CLUB
cr*          +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5041366*      CAPITAL ONE,   PO BOX 71083,   Charlotte, NC 28272-1083
5041372*     +CREDIT ONE BANK,   PO BOX 98872,   Las Vegas, NV 89193-8872
5041374*    ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,   NEW ALBANY OH 43054-3025
             (address filed with court:  DISCOVER,   PO BOX 3008,   New Albany, OH 43054-3008)
5041380*     +FMA ALLIANCE,   12339 CUTTEN RD,   Houston, TX 77066-1807
5041360     ##+ALPHA RECOVERY,   5660 GREENWOOD PLAZA BLVD,   STE 101,   Englewood, CO 80111-2417
                                                                        TOTALS: 1, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2018 at the address(es) listed below:
              Carol Weiss Baltimore    on behalf of Debtor 1 David  Krawiec bandicot6@aol.com
              Carol Weiss Baltimore    on behalf of Debtor 2 Ruth  Krawiec bandicot6@aol.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

David Krawiec,

**Debtor 1**

Ruth Krawiec,

**Debtor 2**

Chapter     13

Case No.     5:18–bk–01275–RNO

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 8, 2018. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated:  August 27, 2018

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: JGoodling, Deputy Clerk

orcnfpln(05/18)