IN THE UNITED STATESW BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| DAVID KRAWIEC | CHAPTER 13 |
| RUTH KRAWIEC | CASE # 5-18-01275 RNO |

CERTIFICATE OF SERVICE

I, CAROL W. BALTIMORE, counsel for the debtors, hereby certify that I have mailed a notice to the debtors, by first class mail, of my new mailing address and new telephone number.

| | |
|---|---|
| November 25, 2020 | /s/ Carol Baltimore |
| | 7918 Granada Place, # 103 |
| | Boca Raton, Fl 33433 |

1

# Jennifer Miscevich

| | |
|---|---|
| **From:** | pambml_automation@pamb.uscourts.gov on behalf of PAMB <rick_thompson@pamb.uscourts.gov> |
| **Sent:** | Wednesday, December 2, 2020 10:05 AM |
| **To:** | PAMBml_fax |
| **Subject:** | EDSS filing from carol w baltimore for David and Ruth Krawiec on Wednesday, December 2, 2020 - 10:05 |

Submitted on Wednesday, December 2, 2020 - 10:05 Submitted by user: Anonymous Submitted values are:

Filer's Name: carol w baltimore
Debtor's name (if different): David and Ruth Krawiec Filer's EMail Address: carolbaltimore1955@gmail.com Filer's Phone Number: 5705108235 Case number (if known): 5-18-01275
  ==Documents==
  Document 1:
  http://www.pamb.uscourts.gov/system/files/webform/edss/KRAWIEC%20COS.pdf
  Document description: CERTIFICATE OF NOTICE
   ==More Documents==
    Document 2:
    Document 2 description:
    Document 3:
    Document 3 description:
    Document 4:
    Document 4 description:
    Document 5:
    Document 5 description:

By entering my name in the box below, I affirm that I am intending to sign this form with my signature and consent to use this electronic form.: carol w baltimore

1

Case 5:18-bk-01275-RNO    Doc 38    Filed 12/02/20    Entered 12/02/20 11:43:59    Desc
Main Document      Page 2 of 2