United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
David Krawiec  
Ruth Krawiec  
    Debtors

Case No. 18-01275-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 1  
Date Rcvd: Feb 18, 2021     Form ID: orfeedue     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carol Baltimore | on behalf of Debtor 2 Ruth Krawiec bandicot6@aol.com |
| Carol Baltimore | on behalf of Debtor 1 David Krawiec bandicot6@aol.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

David Krawiec    Chapter 13

Ruth Krawiec    Case number 5:18−bk−01275−RNO

**Debtor(s)**    Document Number: 39

**Order Filing Fee Due**

A transfer of claim was filed on **February 18, 2021**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$26.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **February 25, 2021**.

Dated: February 18, 2021    By the Court,

*[signature]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: KarenDavis, Deputy Clerk

orfeedue(05/18)