In re:                                                                Case No. 18-01275-MJC

David Krawiec                                                     Chapter 13

Ruth Krawiec

        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                          Page 1 of 4

Date Rcvd: Aug 15, 2023                    Form ID: fnldecnd                   Total Noticed: 61

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Krawiec, Ruth Krawiec, 607 Main St, Pittston, PA 18641-1424 |
| 5041359 | | ACCOUNT RESOLUTION, PO BOX 1280, Oaks, PA 19456-1280 |
| 5041360 | + | ALPHA RECOVERY, 5660 GREENWOOD PLAZA BLVD, STE 101, Englewood, CO 80111-2416 |
| 5041376 | | ESTATE INFO SERVICES, PO BOX 1730, Reynoldsburg, OH 43068-8730 |
| 5041381 | + | GLOBAL CREDIT, 5440 N. CUMBERLAND AVE., STE 300, Chicago, IL 60656-1486 |
| 5041382 | + | GREEN TRUST CASH, PO BOX 340, Hays, MT 59527-0340 |
| 5041386 | + | M.R.S., 1930 OLNEY AVE, Cherry Hill, NJ 08003-2016 |
| 5041387 | + | MCCARTHY, BURGESS AND WOLFE, 26000 CANNON RD, Bedford, OH 44146-1807 |
| 5041393 | | PHILLIPS AND COHEN, PO BOX 5790, Hauppauge, NY 11788-0164 |
| 5041395 | | R US CREDIT, PO BOX 530938, Atlanta, GA 30353-0938 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2023 18:48:18 | PRA Receivables Management LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5041361 | + | Email/Text: bk@avant.com | Aug 15 2023 18:38:00 | AVANT, 640 N.. LASALLE ST, STE 535, Chicago, IL 60654-3731 |
| 5391164 | | Email/PDF: bncnotices@becket-lee.com | Aug 15 2023 19:01:20 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5391165 | + | Email/PDF: bncnotices@becket-lee.com | Aug 15 2023 19:01:49 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701, Afni, Inc., c/o Becket and Lee LLP 19355-0701 |
| 5041363 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 15 2023 18:38:00 | BOSCOVS, PO BOX 183003, Columbus, OH 43218-3003 |
| 5041364 | + | Email/Text: cms-bk@cms-collect.com | Aug 15 2023 18:38:00 | CAPITAL MANAGEMENT, 698 1/2 SO. OGDEN ST, Buffalo, NY 14206-2317 |
| 5041365 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2023 18:48:20 | CAPITAL ONE, PO BOX 71083, Charlotte, NC 28272-1083 |
| 5041368 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 15 2023 18:38:00 | CATHERINES, PO BOX 659728, San Antonio, TX 78265-9728 |
| 5041370 | | Email/Text: correspondence@credit-control.com | Aug 15 2023 18:38:00 | CREDIT CONTROL, PO BOX 31179, Tampa, FL 33631-3179 |
| 5041371 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 15 2023 18:48:06 | CREDIT ONE BANK, PO BOX 98872, Las Vegas, NV 89193-8872 |

| Recip # | Method | Date/Time | Name and Address |
|---|---|---|---|
| 5041373 | Email/Text: mrdiscen@discover.com | Aug 15 2023 18:38:00 | DISCOVER, PO BOX 3008, New Albany, OH 43054-3008 |
| 5043511 | Email/Text: mrdiscen@discover.com | Aug 15 2023 18:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5041377 | Email/Text: bankruptcy@sccompanies.com | Aug 15 2023 18:38:00 | FIGIS, PO BOX 77001, Madison, WI 53707-1001 |
| 5041378 | Email/Text: bnc-bluestem@quantum3group.com | Aug 15 2023 18:38:00 | FINGERHUT, PO BOX 166, Newark, NJ 07101-0166 |
| 5041362 | Email/Text: BNBLAZE@capitalsvcs.com | Aug 15 2023 18:38:00 | BLAZE, PO BOX 5096, Sioux Falls, SD 57117-5096 |
| 5041379 | Email/Text: Bankruptcy@FMAAlliance.com | Aug 15 2023 18:38:00 | FMA ALLIANCE, 12339 CUTTEN RD, Houston, TX 77066 |
| 5041369 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 15 2023 18:47:28 | CHASE BANK, PO BOX 15298, Wilmington, DE 19850 |
| 5041375 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 15 2023 18:47:28 | DISNEY, PO BOX 15123, Wilmington, DE 19850-5123 |
| 5041383 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 15 2023 18:38:00 | LANE BRYANT, PO BOX 659728, San Antonio, TX 78265-9728 |
| 5069825 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2023 18:47:38 | LVNV Funding LLC C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 5069371 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2023 18:47:38 | LVNV Funding, LLC its successors and assigns as, assignee of AvantCredit IV Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5070100 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2023 18:47:36 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5069497 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2023 18:47:32 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5069429 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2023 18:47:33 | LVNV Funding, LLC its successors and assigns as, assignee of QPL-LC Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5069592 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2023 18:48:05 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5041385 | Email/Text: camanagement@mtb.com | Aug 15 2023 18:38:00 | M AND T BANK, PO BOX 62014, Baltimore, MD 21264-2014 |
| 5066348 | Email/Text: camanagement@mtb.com | Aug 15 2023 18:38:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 5041388 | + Email/Text: ngisupport@radiusgs.com | Aug 15 2023 18:38:00 | NORTHLAND GROUP, PO BOX 390846, Minneapolis, MN 55439-0846 |
| 5041390 | Email/PDF: cbp@omf.com | Aug 15 2023 18:47:29 | ONE MAIN FINANCIAL, PO BOX 742536, Cincinnati, OH 45274-2536 |
| 5041389 | Email/PDF: cbp@omf.com | Aug 15 2023 18:48:04 | ONE MAIN FINANCIAL, PO BOX 9001122, Louisville, KY 40290-1122 |
| 5052558 | Email/PDF: cbp@omf.com | Aug 15 2023 18:47:28 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5041391 | Email/Text: ksoto@pandbcapitalgroup.com | Aug 15 2023 18:38:00 | P AND B CAPITAL, 455 CENTER RD, Buffalo, NY 14224 |

| | | | |
|---|---|---|---|
| 5071224 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Aug 15 2023 18:48:08 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5071225 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Aug 15 2023 18:47:35 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5062516 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Aug 15 2023 18:48:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5042548 | + Email/PDF: rmscedi@recoverycorp.com | | |
| | | Aug 15 2023 18:48:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5041394 | Email/Text: signed.order@pfwattorneys.com | | |
| | | Aug 15 2023 18:38:00 | PRESSLER AND PRESSLER, 7 ENTIN RD, Parsippany, NJ 07054-5020 |
| 5041396 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | Aug 15 2023 18:38:00 | STATE FARM BANK, PO BOX 23025, Columbus, GA 31902-3025 |
| 5041397 | Email/Text: bankruptcy@sccompanies.com | | |
| | | Aug 15 2023 18:38:00 | STONEBERRY, PO BOX 2820, Monroe, WI 53566-8020 |
| 5041398 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Aug 15 2023 18:38:00 | SWISS COLONY, 1112 7TH AVE, Monroe, WI 53566-1364 |
| 5041399 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Aug 15 2023 18:48:04 | SYNCHRONY BANK, PO BOX 965015, Orlando, FL 32896-5015 |
| 5063509 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Aug 15 2023 19:01:04 | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5055966 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Aug 15 2023 18:38:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O . Box 800849, Dallas, TX 75380-0849 |
| 5041400 | + Email/Text: disputes@soaren-management.com | | |
| | | Aug 15 2023 18:38:00 | TARGET FINANCE, PO BOX 516, Hays, MT 59527-0516 |
| 5041401 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Aug 15 2023 18:38:00 | THE BON TON, PO BOX 659813, San Antonio, TX 78265-9113 |
| 5041402 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Aug 15 2023 18:48:04 | TOYS R US, PO BOX 530939, Atlanta, GA 30353-0939 |
| 5052092 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Aug 15 2023 18:38:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O . Box 800849, Dallas, TX 75380-0849 |
| 5041403 | + Email/Text: BAN5620@UCBINC.COM | | |
| | | Aug 15 2023 18:38:00 | UNITED COLLECTION, 5620 SOUTHWYCK BLV, Toledo, OH 43614-1501 |
| 5041404 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Aug 15 2023 18:48:05 | WAL-MART, PO BOX 960024, Orlando, FL 32896-0024 |
| 5041405 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Aug 15 2023 18:38:00 | WOMAN WITHIN, PO BOX 659728, San Antonio, TX 78265-9728 |
| 5041367 | + Email/Text: accountresolution@can-lending.com | | |
| | | Aug 15 2023 18:38:00 | cash advance now, PO BOX 569, Hays, MT 59527-0569 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5041384 | | LENDINDING CLUB |
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5041366 | * | CAPITAL ONE, PO BOX 71083, Charlotte, NC 28272-1083 |
| 5041372 | *+ | CREDIT ONE BANK, PO BOX 98872, Las Vegas, NV 89193-8872 |

| | | |
|---|---|---|
| 5041374 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, DISCOVER, PO BOX 3008, New Albany, OH 43054-3008 |
| 5041380 | *P++ | FMA ALLIANCE LTD, 12339 CUTTEN ROAD, HOUSTON TX 77066-1807, address filed with court:, FMA ALLIANCE, 12339 CUTTEN RD, Houston, TX 77066 |
| 5041392 | ##+ | PATENUDE AND FELIX, 4545 MURPHY CANYON RD., 3RD FLOOR, San Diego, CA 92123-4363 |

TOTAL: 1 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2023        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carol Baltimore | |
| | on behalf of Debtor 2 Ruth Krawiec bandicot6@aol.com |
| Carol Baltimore | |
| | on behalf of Debtor 1 David Krawiec bandicot6@aol.com |
| Denise E. Carlon | |
| | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| James Warmbrodt | |
| | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

David Krawiec,

      **Debtor 1**

Ruth Krawiec,

      **Debtor 2**

Chapter      13

Case No.     5:18−bk−01275−MJC

Social Security No.:

          xxx−xx−5058       xxx−xx−3281

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **David Krawiec and Ruth Krawiec** in accordance with §1328 of the Bankruptcy Code.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  August 15, 2023

**fnldec** (01/22)